UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES ROBINSON,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2019
```

17 Cr. 611-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the sentencing scheduled for James Robinson on July 24, 2019, at 12:00 p.m. is RESCHEDULED to **July 24, 2019**, at **11:20 a.m.**

SO ORDERED.

Dated: July 18, 2019
       New York, New York

ANALISA TORRES
United States District Judge