UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

James Robinson,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2021_

17 Cr. 611-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's *pro se* letter requesting modification of his sentence pursuant to 18 U.S.C. § 3582(c) dated January 7, 2021. ECF No. 704. Accordingly,

1. By **February 12, 2021**, Defendant shall file an amended motion, if any;
2. By **February 19, 2021**, the Government shall file its opposition;
3. By **February 26, 2021**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: January 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge