UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

James Robinson,

                   Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

17 Cr. 611-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendant's letter dated March 16, 2021. Accordingly, the Court will accept Defendant's late filing of his supplemental motion for compassionate release, ECF No. 714, for good cause shown. By **March 31, 2021**, the Government shall file its opposition papers. By **April 7, 2021**, Defendant shall file his reply, if any. Defendant's request to file the March 16 letter under seal is GRANTED.

      SO ORDERED.

Dated: March 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge